UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARLOS RAMOS,

    Plaintiff,

v.                                              Case No. 8:18-cv-421-T-17AEP

SWEETFROG ENTERPRISES,
*et al.*,

    Defendants.
_____/

## **ORDER**

This matter comes before the Court upon Plaintiff's Amended Complaint (Doc. 5) and the initial and amended Application to Proceed in District Court without Prepaying Fees or Costs (Docs. 2, 6). Upon consideration, it is hereby

ORDERED:

1. Plaintiff's initial Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2) is DENIED AS MOOT.

2. Plaintiff's amended Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 6) is GRANTED.[1]

---

[1] To the extent Plaintiff would like assistance in pursuing the claims in this action, Plaintiff may seek assistance from the Federal Bar Association by completing a request form at http://federalbartampa.org/pro-bono. Plaintiff is also encouraged to consult the "Proceeding Without a Lawyer" guidelines on the Court's website, located at www.flmd.uscourts.gov/pro_se. Additionally, the Tampa Bay Chapter of the Federal Bar Association operates a Legal Information Program on Tuesdays from 11:00 a.m. to 12:30 p.m. on the 2nd floor (next to the Clerk's Office) of the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida. Through that program, *pro se* litigants may consult with a lawyer on a limited basis for free. More information about the program is available on the Court's website at www.flmd.uscourts.gov/pro_se/docs/pro-seLegal_Assist.htm.

3. Plaintiff is directed to complete and return the "Summons in a Civil Action" forms [2] to the Clerk within twenty-one (21) days, whereupon the United States Marshal is directed to serve the summons upon the appropriate parties.

DONE AND ORDERED in Tampa, Florida, on this 28th day of February, 2018.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Plaintiff, *pro se*

---

[2] This form, listed as "Summons/Civil," can be found at the "Forms" section, "Civil" subsection, of this Court's website at http://www.flmd.uscourts.gov. If Plaintiff does not have access to the internet to download this form, Plaintiff may obtain the form by contacting the Clerk's Office at 813-301-5400.

2