# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

FILED
18 MAR 16 PM 1:24
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

| | |
|---|---|
| CARLOS RAMOS, | |
| Plaintiff, | Case No. 8:18-cv-421-T-17 |
| v. | AEP |
| SWEETFROG ENTERPRISES, LLC and BOXWOOD PARTNERS, LLC | |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff hereby voluntarily dismisses this action with prejudice. The defendants have not been served and have not served an answer or a motion for summary judgment.

Respectfully submitted,

Carlos Ramos
6168 Layton Avenue
Spring Hill, Florida  34608
charlie.ramos@gmail.com

March 15, 2018

5